TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-97-00352-CV

City of Lockhart, Appellant

v.

David and Gloria Reyes, Appellees

FROM THE DISTRICT COURT OF CALDWELL COUNTY, 207TH JUDICIAL DISTRICT

NO. 95-0-273, HONORABLE DON B. MORGAN, JUDGE PRESIDING 

PER CURIAM

 Appellant and appellees have filed a joint motion asking this Court to vacate the district
court's judgment and remand the cause to the district court for a disposition in accordance with the terms
of a settlement agreement. The motion is granted.

 The judgment of the district court is vacated and the cause is remanded to the district court
for entry of judgment in accordance with the settlement agreement. Tex. R. App. P. 43.6. 

Before Justices Powers, Aboussie and B. A. Smith

Judgment Vacated and Cause Remanded on Joint Motion

Filed: December 18, 1997

Do Not Publish